JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE EZELL, | Case No. CV 18-6785-DMG-KK |
| Plaintiff, | |
| v. | JUDGMENT |
| CITY OF LOS ANGELES, ET AL., | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: March 5, 2019

*Dolly M. Gee*
DOLLY M. GEE
United States District Judge